Printed: 05/28/10 12:38 PM

Page: 1

# Claims Distribution Small Checks

**Trustee: ROBERT R. KANUIT (430160)**

**Case:** 09-50476 - LOCKHART, JESSICA M.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 000023461576 | 108 | 05/28/10 | 21 | 11/09/09 | 640 | U.S. Bankruptcy Court Recovery Management Systems Corporation | 1.71 | 1.71 | 1.71 | $1.71 1.71 |

Check Amount: $1.71

(*) Denotes objection to Amount Filed

RECEIVED
2010 JUN -1 PM 9:47
U.S. BANKRUPTCY COURT
DULUTH MN